# EXHIBIT 1

# CORPORATE CHARTER APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

DOCUMENT CODE __40__   BUSINESS CODE _____

\# _____

Close _____   Stock _____   Nonstock _____

P.A. _____   Religious _____

Merging (Transferor) _____

_____

_____

_____

Surviving (Transferee) _____

_____

_____

_____

```
1000362005919727

ID # W15644958  ACK # 1000362005919727
PAGES: 0002
LIGHT CITY LLC


12/16/2013   AT 01:10 P WO # 0004235567
```

New Name _____

_____

### FEES REMITTED

| | |
|---|---|
| Base Fee: | _100_ |
| Org. & Cap. Fee: | |
| Expedite Fee: | |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| _1_ Certified Copies | |
| Copy Fee: | _22_ |
| _1_ Certificates | |
| Certificate of Status Fee: | _20_ |
| Personal Property Filings: | |
| Mail Processing Fee: | |
| Other: | |
| **TOTAL FEES:** | _142_ |

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
        and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____ Other Change(s)

Code _____

Credit Card _____   Check _____   Cash _____

_____ Documents on _____ Checks

Approved By: __16__

Keyed By: _____

COMMENT(S):

Attention: _____

Mail: Name and Address

JUSTIN ALLEN
900 CATHEDRAL STREET
#217
BALTIMORE MD 21201

*CERTIFIED COPY MADE*

Stamp Work Order and Customer Number HERE

```
CUST ID:0003018987
WORK ORDER:0004235567
DATE:12-19-2013 12:28 PM
AMT. PAID:$143.00
```

# State of Maryland
## Department of Assessments and Taxation
### Charter Division

## ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

(1) The name of the Limited Liability Company is: Light City LLC

(2) The purpose for which the Limited Liability Company is filed is as follows: Is an event management and production company.

(3) The address of the Limited Liability Company in Maryland is: 900 Cathedral St. #217 Baltimore MD 21201

(4) The resident agent of the Limited Liability Company in Maryland is: Justin Allen

whose address is: 900 Cathedral St. #217 Baltimore MD 21201

Signature(s) of Authorized Person(s)

(5) _____  (6) _____
                                    Resident Agent
                              I hereby consent to my designation in this document.

Authorized Person(s)

RETURN TO:

(7) 900 Cathedral St. #217
    Baltimore MD, 21201

CUST ID: 0003018987
WORK ORDER: 0004235567
DATE: 12-19-2013 12:28 PM
AMT. PAID: $143.00