# EXHIBIT 2

# PROPOSAL
## *for* LIGHT CITY BALTIMORE

*Prepared by*

**WHAT WORKS**
STUDIO

February 6, 2015



WHAT WORKS
STUDIO

# PROPOSAL
## *for* LIGHT CITY BALTIMORE

Dear Bill and the BOPA/BFAI Team,

We've thoroughly enjoyed getting to know you and your organization and feel a sincere kinship with your team. We are excited at the prospect of working together to create something that will benefit our city and impart inspiring experiences to visitors and residents alike.

We are confident that we can deliver a website and visual identity that will convey the innovative spirit of Light City Baltimore and create a conference that will excite and energize regional stakeholders, businesses and thought leaders.

Thank you for taking the time to review this proposal and we look forward to hearing from you soon.

All the best,

# *Approach & Deliverables*

## PHASE I: LOGO DESIGN

What Works Studio (WWS) will develop Light City Baltimore's (LCB) visual identity to reflect the innovative and exciting nature of this world-class festival. We will present your team with initial design directions for the logo. The team will decide on one of these design directions. If none of these directions are agreeable, we will present a different round of designs ideas. Once a design direction is chosen, we will provide you with several variations of that design and continue to make adjustments until the team is satisfied. WWS will provide several versions of high quality files of the final logo, taking into account all the ways the logo might be used (CMYK, pure black and white knockout, etc.)

- Initial design recommendations for logo
- Presentation and discussion, narrow down to one approved design direction
- Tweaks to and iterations of final design direction
- Final vector logo delivered in a range of useful formats

## PHASE II: IDENTITY SYSTEM & STYLE GUIDE

Once the logo is complete, we will use it as the starting point from which to devise the systematic visual language that will define the graphic identity. The visual identity will complement the design aesthetic of the logo and designate a collection of useful, flexible elements that will help to create future marketing collateral.

Additionally, we will provide style guidelines that dictate logo usage rules, typeface system, color palette, and layout guidelines.

- Collection of useful brand elements
- Logo usage rules
- Typeface system
- Color palette
- Layout guidelines

## PHASE III: WEBSITE DESIGN

WWS will host a website kick-off meeting to define key messages, website content, and structure for Phase 1 of the lightcitybaltimore.org website, after which we will provide a site map for review, discussion, and approval. Based on the identity system and style guide, we will develop the best responsive design for the website and present it to you for feedback. The new site will be designed to highlight engaging content and equipped with tools to allow the site to scale easily to accommodate additional content and functionality as we get closer to the launch of the festival.

- Site map
- Database installation and setup
- Responsive, scalable, mobile-friendly website design (phase 1 of website)
- Creative direction and photography curation
- Customized site graphics
- Search Engine Optimized (SEO)
- Blogging, Portfolio and Gallery functionality
- Integrated sharing platform that allows for easy linking from social networks
- Content curation and population
- Newsletter integration
- Copywriting and copyediting
- Google Analytics setup

# PHASE IV: CONFERENCE PLANNING

WWS will begin Phase 1 of the work needed to produce the Light City Baltimore Innovation Conference. We will conduct research, convene appropriate key players and companies, and develop a comprehensive conference plan that will include recommendations for:

- Conference name
- Budget scenarios
- Partnership development opportunities
- Programing and speakers
- Conference schedule
- Venues
- After party
- Sponsorship packages and benefits
- Marketing and production coordination
- Vendor recommendations
- Volunteer program
- Day-of needs
- Post-event follow up strategy

# *Ownership*

WWS acknowledges and agrees that it is being hired by BOPA/BFAI to develop the LCB logo, brand identity, website and other materials and that: (i) BOPA/BFAI/LCB logos, trade names, trademarks and service marks (collectively "Marks") are and shall remain the sole property of BOPA/BFAI/LCB. Additionally, the domain names (lightcitybaltimore.org and lightcitybaltimore.com) will be the property of BOPA/BFAI/LCB.

# *Investment Structure*

| | |
|---|---:|
| **PHASE I: LOGO DESIGN** | 42 |
| Logo subject to approval by team | |
| **PHASE II: IDENTITY SYSTEM** | 56 |
| Identity system and style guide informed by approved logo | |
| **PHASE III: WEBSITE** | 60 |
| Phase 1 of website - responsive, mobile-friendly and scalable | |
| **PHASE IV: CONFERENCE PLANNING** | 97 |
| Research, plan and budgets | |
| **TOTAL ESTIMATED HOURS** | 255 |
| **TOTAL FEE** | **$20,400** |
| DISCOUNTED NONPROFIT RATE $80/HOUR | |

The estimated fee for What Works Studio's services described above is $20,400.

The fee shown here is an estimate based on the deliverables outlined in this proposal. Changes in project scope or any overages that are anticipated to amount to more than the total What Works Studio estimated fee will be presented to the client for approval before proceeding.

Any costs associated with stock photography, printing, or mailing of the deliverables described above, or any work provider by another vendor, will be paid directly by Baltimore Festival of the Arts, Inc. to the vendor performing the work or providing the service. These additional costs, if any, will be provided to Baltimore Festival of the Arts, Inc. in the form of a written estimate from the vendors and will require your written approval to proceed.

# *Minority Business Enterprise*

What Works Studio is proud to be a certified minority/woman-owned business.
Maryland: MDOT MBE Certification #: 14-341
Baltimore City: WBE Certification #: 12-358247

# Acceptance of Proposal

To signify acceptance of this proposal, please sign below and return a copy to:

What Works Studio, LLC
Brooke Hall
519 N. Charles Street
Suite 200
Baltimore, MD 21201

**BALTIMORE FESTIVAL OF THE ARTS, INC.**

Name (sign): *[signature]*

Name (print): Bill Gilmore

Title (print): Executive Director

Date: 02/09/15

# *Our Service Offerings*

## CUSTOM PUBLISHING SOLUTIONS

### AND ONGOING MANAGEMENT

The evolution of advertising has made one thing clear: Every organization should market with its own branded content. Some companies stop there, but you don't have to rent someone else's audience -- we will help you build your own. Your publication will be designed to resonate with the people who are drawn to your brand. Your message, your style. We also operate within both digital and print formats. In a world with billions of voices, we will ensure that yours is refined, memorable, and unique.

## INTEGRATED MARKETING SOLUTIONS

### AND ONGOING MANAGEMENT

We are ready to manage every aspect of your company's communication initiatives: campaigns, publications, web presence, social media, branded content, copywriting, blogs, branding, and graphic design. We take care of as little or as much as you require: design, development, management, planning, research, or outreach. Think of us as your outsourced marketing department -- without any of the fuss.

## BRANDING AND IDENTITY

Your brand determines the public perception of your company. It is the single most important piece of any organization's marketing efforts, which is why we

have invested so much into perfecting our craft. Whether you need help updating your organization's narrative, brand identity, voice, or logo we've got you covered. We focus on creating a brand that requires no explanation -- your audience will love you for exactly who you are.

## CAMPAIGNS

When it comes to achieving your marketing goals, we prefer a holistic approach. We thrive when we have the opportunity to develop the most creative and attention-grabbing campaigns for our clients. Our campaigns are designed to meet your organization's goals through the channels that resonate with your audience. When we design your campaign, we consider all varieties of advertising, content marketing, social media, and live events. Your goals aren't limited to one aspect of marketing, so why should your approach be? Our campaigns cover you from start to finish: audit, strategy, messaging, execution, ongoing, reporting, and evaluation.

## CONTENT DEVELOPMENT
### SOCIAL MEDIA MANAGEMENT AND COPYWRITING

In today's market, reaching your audience means providing genuine, engaging, and relevant content in mediums that fit seamlessly into their routines. Our trusted team can generate custom photography, videography, graphic design, and copywriting to fit your brand and engage your audience. We also provide social media management services so you can focus on what you do best.

## WEBSITES
### DESIGN, DEVELOPMENT AND MANAGEMENT

We specialize in designing websites that convert leads and look gorgeous in the process. We can optimize and maintain your existing site, create landing pages

for your campaigns, or build you a new site from scratch. We can even provide assets, designs and training for your team. If you feel like your site could use an update, don't hesitate -- email us, and we'll give you a free consultation.

We are always on the look-out for partners who share our love for making real, measurable impact in our city. Whether you need an email template design, or a global print syndicate, you should give us a call. We can't wait to hear about your upcoming project.

# Contact Information

## EXECUTIVES

Brooke Hall, CEO and Founder
519 N. Charles Street, Suite 200, Baltimore, MD 21201
717-951-8493
brooke@whatworksstudio.com
@brookehall

Justin Allen, COO and Creative Strategist
519 N. Charles Street, Suite 200, Baltimore, MD 21201
410-440-9275
justin@whatworksstudio.com
@jmathewallen

## ASSOCIATES

Shannon Light Hadley, Associate
519 N. Charles Street, Suite 200, Baltimore, MD 21201
443-472-5554
shannon@whatworksstudio.com

Kelly Louise Barton, Associate
519 N. Charles Street, Suite 200, Baltimore, MD 21201
410-622-8636
kelly@whatworksstudio.com

# Company Information

## HISTORY

We founded the creative agency, originally called Brooke Hall Creative, in 2009. In five years, we grew by leaps and bounds from a one-woman shop to a full-service agency. In 2010, we launched What Weekly Magazine, which has fast become a popular media outlet in Baltimore. In 2012, we rebranded the creative agency as What Works Studio. We aspire to work on the most amazing projects we can find and to hopefully leave the world a little better than how we found it.

## STAFFING LEVELS AND TALENT

What Works Studio has five employees and a strong network of partners and regular freelancers that we often tap to grow our team to meet any challenge. This structure allows What Works Studio to be agile and dynamic, and to adapt quickly to rapidly evolving technology.

Brooke Hall is the Founder and CEO, Justin Allen is COO and Creative Strategist, and Shannon Light Hadley, Kelly Louise Barton and Derek Brown are our talented associates. We have many trusted freelancers and we often call on our extensive contributor network at our affiliate company, What Weekly Magazine, to build strong, smart teams designed specifically for each individual project.

## OUR CLIENTS

Because we are a purpose-driven marketing firm, we attract clients that are working towards the betterment of our city. It's important to us that we partner with clients that are aligned with our purpose of helping Baltimore achieve its full potential. Take a peek at our client list.

# Thank you for considering us.

## WE APPRECIATE IT.

What Works Studio is an entrepreneurial, completely bootstrapped Baltimore-based company that is built on word of mouth referrals, our reputation for excellence and outside-of-the-box thinking. If you heard about us through a friend or business colleague, please be sure to let us know so we can thank them too.

