# EXHIBIT 3

## ARTICLES OF CANCELLATION

The undersigned, with the intention of terminating a Maryland Limited Liability Company, files the following Articles of Cancellation:

(1) The name and principal office address of the Limited Liability Company are:

(Name of LLC) Light City, LLC

(The address of the Limited Liability Company in Maryland) 900 Cathedral St #217 Baltimore, MD 21201

(2) The name and address of a Maryland resident who shall serve for one year after termination are:

(Name of Resident Agent) Justin Allen

(The address of the Resident Agent in Maryland) 900 Cathedral St #217 Baltimore, MD 21201

(3) The name and address of each member who was designated to wind up the affairs of the company are:

Justin Allen — 900 Cathedral St. #217 — Balto, MD 21201
Brooke Hall — 900 Cathedral St #217 — Balto, MD 21201

OR, if no member was so designated, the names and addresses of all members are:

The Limited Liability Company is terminated.

(4) The company has no known creditors (X) OR Notice of Termination was sent by registered mail, postage prepaid, return receipt requested to all known creditors of the company on the date of:

(5) _[signature]_
Authorized Person(s)

(6) _[signature]_ Resident Agent

RETURN TO:
(7) Justin Allen
900 Cathedral St. #217
Balto, MD 21201

CUST ID:0003225500
WORK ORDER:0004442080
DATE:03-24-2015 09:09 AM
AMT. PAID:$100.00

# CORPORATE CHARTER APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

DOCUMENT CODE __44__   BUSINESS CODE _____

# __W16644958__

Close _____   Stock _____   Nonstock _____

P.A. _____   Religious _____

Merging (Transferor) _____

_____

_____

_____

Surviving (Transferee) _____

_____

_____

```
1000362007996954

ID # W15644958  ACK # 1000362007996954
PAGES: 0002
LIGHT CITY LLC


03/20/2015  AT 11:05 A WO # 0004442080
```

New Name _____

_____

## FEES REMITTED

| | |
|---|---|
| Base Fee: | 100 |
| Org. & Cap. Fee: | |
| Expedite Fee: | |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| ____ Certified Copies | |
| Copy Fee: | |
| ____ Certificates | |
| Certificate of *Status* Fee: | |
| Personal Property Filings: | |
| Mail Processing Fee: | |
| *Other:* | |
| **TOTAL FEES:** | **100** |

Credit Card _____   Check _____   Cash _____

_____ Documents on _____ Checks

Approved By: __16__

Keyed By: _[signature]_

COMMENT(S): __

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____ Other Change(s)

Code _____

Attention: _____

Mail: Name and Address

```
JUSTIN ALLEN
#217
900 CATHEDRAL ST
BALTIMORE MD 21201-5311
```

Stamp Work Order and Customer Number HERE

```
CUST ID:0003225500
WORK ORDER:0004442080
DATE:03-24-2015 09:09 AM
AMT. PAID:$100.00
```