# EXHIBIT 4

July 15, 2015



WHAT WORKS
STUDIO

# LIGHTCITYU LETTER OF AGREEMENT
*for* **BOPA/BFAI**

Kathy Hornig
Festivals Director
Baltimore Office of Promotion and the Arts
10 East Baltimore Street
10th Floor
Baltimore, Maryland 21202

Dear Kathy,

The purpose of this letter of agreement is to outline the services that What Works Studio (WWS) will perform for Baltimore Office of Promotion and The Arts (BOPA/BFAI) for the Light City Baltimore 2016 Conference.

## SERVICES TO BE RENDERED

WWS agrees to provide Project Management, Creative Direction and Event Production services to develop and implement the LightCityU Conference. As discussed, WWS can work effectively with a full service event management and planning company as well as BOPA to implement this initiative.

As Creative Director/Producer of LightCityU, WWS will develop, manage, implement or assist in the following deliverables and activities: 1) Strategy, Concept and Plan, 2) Program Development and Management, 3) Marketing and Branding, 4) Project and Partner Management, and 5) Event Coordination, Production and Onsite Management.

## FEE

What Works Studio's fee for services rendered is $100/hour (our nonprofit rate).

We estimate What Works Studio will spend an average of 40/hours per week for the next 8 months on this project, which is approximately 1,280 hours (or $128,000 USD) total. This is an estimate based on the deliverables and activities outlined in this proposal. Changes in project scope or any overages that are anticipated to amount to more than the total What Works Studio estimated fee will be presented to Kathy Hornig at BOPA for approval before proceeding.

## TERMS OF PAYMENT

We request a deposit of $5,000 USD that will be applied to project hours worked moving forward.

At the end of each month, What Works Studio will provide a timesheet report and invoice addressed to BOPA (or BFAI) for the hours worked that month.

Additionally, we ask to be able to bill for project hours worked beginning on July 16, 2015.

## FOR CONSIDERATION

In an effort to meet the compressed timeline for Light City Baltimore Year One, Brooke Hall and Justin Allen, the visionary founders of Light City Baltimore and the developers of the LightCityU brand, concept and framework, have agreed to postpone discussions about potential ownership and/or partnership scenarios concerning LightCityU until after

2

the completion and evaluation of the 2016 production. At such time, Brooke Hall and Justin Allen retain the right to negotiate for an ownership stake in LightCityU.

Sincerely,
Brooke Hall and Justin Allen
What Works Studio, LLC
519 North Charles Street
Suite 200
Baltimore, Maryland 21201
(410) 440-2207

## BALTIMORE FESTIVAL OF THE ARTS, INC.

Name (sign): _____

Name (print): Bill Gilmore

Title (print): Executive Director

Date: 7-22-15

