# EXHIBIT 5



WHAT WORKS
S T U D I O

July 31, 2015

# LIGHT CITY WEBSITE
# PHASE II PROPOSAL
## *for* BOPA/BFAI

Tracy Baskerville
Communications Director
Baltimore Office of Promotion and the Arts
10 East Baltimore Street
10th Floor
Baltimore, Maryland 21202

Dear Tracy,

Thank you for considering What Works Studio for Phase II the Light City Baltimore website. We look forward to working with you!

All the best,

# *Approach &*
# *Deliverables*

## WEBSITE DESIGN PHASE II

What Works Studio (WWS) will develop and implement Phase 2 of the LightCity.org responsive, scalable, mobile-friendly website, which includes:

- Updated Site Layout
    - Updated sitemap, as needed
    - Addition of new section and pages, such as Plan Your Visit and Blog
    - Homepage layout adjustment and slider refresh
    - Creative direction, photography curation and new customized graphics
    - Copywriting and copyediting
- Calendar/schedule functionality (web application)
    - Integration of an off-the-shelf web application
    - Customized styling and design
    - QA Testing
    - Initial population of calendar content
- Ongoing updates, training and technical assistance
    - Estimating 10 hours/month

# *Fee*

## PHASE I: UPDATED SITE LAYOUT                                30

Sitemap, new pages, design adjustments, graphics, copy

## PHASE II: CALENDAR - WEB APPLICATION                   120

Add-on native phone application (mobile app) option available,
but the price is not included in this proposal

## PHASE III: ONGOING UPDATES &                              80
## ASSISTANCE

10 hours per month for 8 months (estimate)

## TOTAL ESTIMATED HOURS                                      230

## TOTAL FEE                                           $23,000
DISCOUNTED NONPROFIT RATE $100/HOUR

The estimated fee for What Works Studio's services described above is $23,000.

The fee shown here is an estimate based on the deliverables outlined in this proposal.
Changes in project scope or any overages that are anticipated to amount to more than
the total What Works Studio estimated fee will be presented to the client for approval
before proceeding.

# Terms

What Works Studio requests a $5,000 deposit to begin this phase of work. Progress payments will be billed monthly.

# Acceptance of Proposal

To signify acceptance of this proposal, please sign below and return a copy to:

What Works Studio, LLC
Brooke Hall
519 N. Charles Street Suite 200
Baltimore, MD 21201

## BALTIMORE FESTIVAL OF THE ARTS, INC.

Name (sign): _____

Name (print): _William B. Gilmore_

Title (print): _Executive Director_

Date: _8/11/15_