# EXHIBIT 7

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

Serial Number: 86928961
Filing Date: 03/04/2016

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86928961 |
| MARK INFORMATION | |
| *MARK | LIGHT CITY |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | LIGHT CITY |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Baltimore Festival of the Arts, Inc. |
| *STREET | 10 E Baltimore Street |
| *CITY | Baltimore |
| *STATE (Required for U.S. applicants) | Maryland |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 21202 |
| LEGAL ENTITY INFORMATION | |
| TYPE | non-profit corporation |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Maryland |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Organizing community festivals featuring a variety of activities, namely, art festivals, light shows, and music concerts; educational services, namely, conducting conferences and workshops in the field of education, technology, culture and entertainment; art exhibitions; organizing light, music, art, and innovation festivals and events for cultural or entertainment purposes; entertainment in the nature of light shows; entertainment, namely, live music concerts; entertainment services in the nature of organizing social entertainment events; organization of exhibitions for cultural or educational purposes |
| FILING BASIS | SECTION 1(a) |

| FIRST USE ANYWHERE DATE | At least as early as 02/26/2015 |
|---|---|
| FIRST USE IN COMMERCE DATE | At least as early as 02/26/2015 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\869\289\86928961\xml1\ RFA0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\869\289\86928961\xml1\ RFA0004.JPG |
| SPECIMEN DESCRIPTION | website pages showing the mark and describing the services |

**ATTORNEY INFORMATION**

| NAME | Jamie B. Bischoff |
|---|---|
| ATTORNEY DOCKET NUMBER | 00256793 |
| INTERNAL ADDRESS | Ballard Spahr LLP |
| STREET | 1735 Market Street, 51st Floor |
| CITY | Philadelphia |
| STATE | Pennsylvania |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 19103-7599 |
| PHONE | 215.864.8207 |
| FAX | 215.864.8999 |
| EMAIL ADDRESS | bischoff@ballardspahr.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | all of the firm of Ballard Spahr LLP |

**CORRESPONDENCE INFORMATION**

| NAME | Jamie B. Bischoff |
|---|---|
| INTERNAL ADDRESS | Ballard Spahr LLP |
| STREET | 1735 Market Street, 51st Floor |
| CITY | Philadelphia |
| STATE | Pennsylvania |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 19103-7599 |
| PHONE | 215.864.8207 |
| FAX | 215.864.8999 |
| *EMAIL ADDRESS | bischoff@ballardspahr.com; phila_tmdocketing@ballardspahr.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**FEE INFORMATION**

| APPLICATION FILING OPTION | TEAS RF |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |

| | |
|---|---|
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /william gilmore/ |
| SIGNATORY'S NAME | William Gilmore |
| SIGNATORY'S POSITION | Executive Director |
| SIGNATORY'S PHONE NUMBER | 410-752-8091 |
| DATE SIGNED | 03/04/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86928961**
**Filing Date: 03/04/2016**

### To the Commissioner for Trademarks:

MARK: LIGHT CITY (Standard Characters, see mark)
The literal element of the mark consists of LIGHT CITY.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Baltimore Festival of the Arts, Inc., a non-profit corporation legally organized under the laws of Maryland, having an address of
   10 E Baltimore Street
   Baltimore, Maryland 21202
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 041:  Organizing community festivals featuring a variety of activities, namely, art festivals, light shows, and music concerts; educational services, namely, conducting conferences and workshops in the field of education, technology, culture and entertainment; art exhibitions; organizing light, music, art, and innovation festivals and events for cultural or entertainment purposes; entertainment in the nature of light shows; entertainment, namely, live music concerts; entertainment services in the nature of organizing social entertainment events; organization of exhibitions for cultural or educational purposes

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 02/26/2015, and first used in commerce at least as early as 02/26/2015, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) website pages showing the mark and describing the services.
Specimen File1
Specimen File2


The applicant's current Attorney Information:
   Jamie B. Bischoff and all of the firm of Ballard Spahr LLP
   Ballard Spahr LLP
   1735 Market Street, 51st Floor
   Philadelphia, Pennsylvania 19103-7599
   United States
   215.864.8207(phone)
   215.864.8999(fax)
   bischoff@ballardspahr.com (authorized)
The attorney docket/reference number is 00256793.
The applicant's current Correspondence Information:
   Jamie B. Bischoff
   Ballard Spahr LLP
   1735 Market Street, 51st Floor
   Philadelphia, Pennsylvania 19103-7599
   215.864.8207(phone)
   215.864.8999(fax)
   bischoff@ballardspahr.com;phila_tmdocketing@ballardspahr.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

*A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).*

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /william gilmore/   Date: 03/04/2016
Signatory's Name: William Gilmore
Signatory's Position: Executive Director
RAM Sale Number: 86928961
RAM Accounting Date: 03/04/2016

Serial Number: 86928961
Internet Transmission Date: Fri Mar 04 11:35:11 EST 2016
TEAS Stamp: USPTO/BAS-XX.XXX.XX.X-201603041135115096
55-86928961-55012f4ea9597cc1b46b482d919e
5add6abb1705897cdc7d0bab3af4c4b398ad7-DA
-8811-20160303155007779422

# LIGHT CITY
