# EXHIBIT 11

# CORPORATE CHARTER APPROVAL SHEET

** EXPEDITED SERVICE **        ** KEEP WITH DOCUMENT **

DOCUMENT CODE __46__   BUSINESS CODE __20__

\# _____

Close _____   Stock _____   Nonstock _____

P.A. _____   Religious _____

Merging (Transferor) _____

_____

_____

```
1000362009558125

ID # W17352246  ACK # 1000362009558125
PAGES: 0002
LIGHT CITY, LLC


07/01/2016   AT 11:35 A  WO # 0004652894
```

Surviving (Transferee) _____

_____

_____

New Name _____

FEES REMITTED

| | |
|---|---|
| Base Fee: | 100 |
| Org. & Cap. Fee: | |
| Expedite Fee: | 70 |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| __1__ Certified Copies | |
| Copy Fee: | 22 |
| Certificates | |
| Certificate of Status Fee: | |
| Personal Property Filings: | |
| Mail Processing Fee: | |
| Other: | |
| TOTAL FEES: | 192 |

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
         and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____ Other Change(s)

Credit Card _____  Check _____  Cash _____

_____ Documents on _____ Checks

Approved By: __13__

Keyed By: _____

COMMENT(S): _____

Code _____

Attention: _____

Mail: Names and Address

Justin Allen
620 W University Pkwy
Baltimore, MD 21210

CERTIFIED COPY MADE

Stamp Work Order and Customer Number HERE

```
CUST ID:0003436317
WORK ORDER:0004652894
DATE:07-01-2016  11:35 AM
AMT. PAID:$192.00
```

# ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

(1) The name of the Limited Liability Company is: __Light City, LLC__

(2) The purpose for which the Limited Liability Company is filed is as follows: __Festival production, conferences, merchandising, food + beverage, Services__

(3) The address of the Limited Liability Company in Maryland is __620 W. University Pkwy Baltimore, MD 21210__

(4) The resident agent of the Limited Liability Company in Maryland is __Justin Allen__ whose address is __620 W. University Pkwy Balto, MD 21210__

(5) _____

(6) _____/signature/_____
    Resident Agent

_____/signature/_____
Signature(s) of Authorized Person(s)

**Filing party's return address:**

(7) _____

```
CUST ID:0003436317
WORK ORDER:0004652894
DATE:07-01-2016  11:35 AM
AMT. PAID:$192.00
```