IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE CITY, A MUNICIPAL CORPORATION, *et al.* )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BROOKE ALLEN, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. _____ |

## LOCAL RULE 103.3 STATEMENT OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST OF PLAINTIFF BALTIMORE FESTIVAL OF THE ARTS, INC.

Plaintiff, Baltimore Festival of the Arts, Inc., through counsel and pursuant to Local Rule 103.3(a), hereby states that it has no other corporations, unincorporated associations, partnerships, or other business entities, not a party to this case, which may have a financial interest in the outcome of this litigation, as defined by Local Rule 103.3(b) of this Court.

Date: October 19, 2016

/s/
William Alden McDaniel, Jr.
 Fed. Bar No. 000571
Ballard Spahr LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
Tel: (410) 528-5600
Fax: (410) 528-5650
E-mail: mcdanielw@ballardspahr.com

**OF COUNSEL:**
Jamie Bischoff
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel: 215.665.8500
Fax: 215.864.8999
E-mail:  bischoff@ballardspahr.com

*Attorneys for Plaintiffs Baltimore Festival of the Arts, Inc. and Baltimore Office of Promotion of the Arts, Inc.*