IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE CITY, A MUNICIPAL CORPORATION, *et al.* <br>     Plaintiffs, <br><br> v. <br><br> BROOKE ALLEN, *et al.*, <br><br>     Defendants. | Civil Action No. 1:16-cv-03486-ELH |

## LOCAL RULE 103.3 STATEMENT OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST OF PLAINTIFF MAYOR AND CITY COUNCIL OF BALTIMORE CITY, A MUNICIPAL CORPORATION

Plaintiff, Mayor and City Council of Baltimore City, a Municipal Corporation, through counsel and pursuant to Local Rule 103.3(a), hereby states that it has no other corporations, unincorporated associations, partnerships, or other business entities, not a party to this case, which may have a financial interest in the outcome of this litigation, as defined by Local Rule 103.3(b) of this Court.

Date: October 20, 2016

/s/ *[signature]*

David Ralph, Acting City Solicitor
Matthew Nayden   Fed. Bar No. 04751
Chief, Litigation Practice Group
Baltimore City Law Department
Room 101
City Hall
100 North Holliday Street
Baltimore, Maryland 21202
Tel: (443) 984-7304
Fax: (410) 547-1025
E-mail: matthew.nayden@baltimorecity.gov

*Attorneys for Plaintiff Mayor and City Council of Baltimore City, A Municipal Corporation*