IN THE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

THE MAYOR AND CITY COUNCIL OF BALTIMORE CITY, A MUNICIPAL
CORPORATION, ET AL vs BROOKE ALLEN, ET AL
**Plaintiff**

Trial Date:

vs.

Case Number: ELH16-3486

BROOKE ALLEN, ET AL
**Defendant**

## *Affidavit of Service*

The undersigned hereby certifies as follows:

1.  That I am a competent individual over eighteen (18) years of age and not a party to the above action.

2.  That on **10/21/16 01:43 PM**, I served *Summons in a Civil Action, Complaint, Civil Cover Sheet with Exhibits, Local Rule 103.3 Statement of Corporation Affiliation and Financial Interest of Plaintiff's Mayor and City Council of Baltimore City, A Municipal Corporation, Local Rule 103.3 Statement of Corporation Affiliation and Financial Interest of Plaintiff Baltimore Festival of the Arts, Inc, Local Rule 103.3 Statement of Corporation Affiliation and Financial Interest of Plaintiff Baltimore Office of Promotion & The Arts, Inc* upon **Julie Hopkins, Attorney on behalf of Justin Allen, by personal service**, description as follows:

| Race | Sex | Age | Hair | Height | Weight |
|------|-----|-----|------|--------|--------|
| White | Female | 40 - 44 | Brown | 5ft 6in - 5ft 9in | 151 - 165 lbs |

3.  That service was effected at 100 Light Street 26th Floor Baltimore, MD 21202.

4.  That the facts upon which I concluded that the individual served is of suitable age and discretion are: personal observation and the recipient's statement.

5.  That, in accordance with MD Rule 20-201(f), this affidavit does not contain any restricted information.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

**Matt Dudzic**, Agent For
Monumental Process Servers, Inc.
823 M. L. K. Jr. Blvd.
Baltimore, MD 21201
(410) 523-4980

IN THE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

THE MAYOR AND CITY COUNCIL OF BALTIMORE CITY, A MUNICIPAL
CORPORATION, ET AL vs BROOKE ALLEN, ET AL
**Plaintiff**

Trial Date:

vs.

Case Number: ELH16-3486

BROOKE ALLEN, ET AL
**Defendant**

## *Affidavit of Service*

The undersigned hereby certifies as follows:

1. That I am a competent individual over eighteen (18) years of age and not a party to the above action.

2. That on **10/21/16 01:42 PM**, I served *Summons in a Civil Action, Complaint, Civil Cover Sheet with Exhibits, Local Rule 103.3 Statement of Corporation Affiliation and Financial Interest of Plaintiff's Mayor and City Council of Baltimore City, A Municipal Corporation, Local Rule 103.3 Statement of Corporation Affiliation and Financial Interest of Plaintiff Baltimore Festival of the Arts, Inc, Local Rule 103.3 Statement of Corporation Affiliation and Financial Interest of Plaintiff Baltimore Office of Promotion & The Arts, Inc* upon **Julie Hopkins, Attorney on behalf of Brooke Allen, R/A for What Works Studio, LLC, by personal service**, description as follows:

| Race | Sex | Age | Hair | Height | Weight |
|---|---|---|---|---|---|
| White | Female | 40 - 44 | Brown | 5ft 6in - 5ft 9in | 151 - 165 lbs |

3. That service was effected at 100 Light Street 26th Floor Baltimore, MD 21202.

4. That the facts upon which I concluded that the individual served is of suitable age and discretion are: personal observation and the recipient's statement.

5. That, in accordance with MD Rule 20-201(f), this affidavit does not contain any restricted information.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

**Matt Dudzic**, Agent For
Monumental Process Servers, Inc.
823 M. L. K. Jr. Blvd.
Baltimore, MD 21201
(410) 523-4980

IN THE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

THE MAYOR AND CITY COUNCIL OF BALTIMORE CITY, A MUNICIPAL
CORPORATION, ET AL
**Plaintiff**

Trial Date:

Case Number: ELH16-3486

VS.
BROOKE ALLEN, ET AL
**Defendant**

# *Affidavit of Service*

The undersigned hereby certifies as follows:

    1.  That I am a competent individual over eighteen (18) years of age and not a party to the above action.

    2.  That on **10/21/16 01:41 PM**, I served *Summons in a Civil Action, Complaint, Civil Cover Sheet with Exhibits, Local Rule 103.3 Statement of Corporation Affiliation and Financial Interest of Plaintiff's Mayor and City Council of Baltimore City, A Municipal Corporation, Local Rule 103.3 Statement of Corporation Affiliation and Financial Interest of Plaintiff Baltimore Festival of the Arts, Inc, Local Rule 103.3 Statement of Corporation Affiliation and Financial Interest of Plaintiff Baltimore Office of Promotion & The Arts, Inc* upon **Julie Hopkins, Attorney on behalf of Brooke Allen, by personal service,** description as follows:

| Race | Sex | Age | Hair | Height | Weight |
|------|-----|-----|------|--------|--------|
| White | Female | 40 - 44 | Brown | 5ft 6in - 5ft 9in | 151 - 165 lbs |

    3.  That service was effected at 100 Light Street 26th Floor Baltimore, MD 21202.

    4. That the facts upon which I concluded that the individual served is of suitable age and discretion are: personal observation and the recipient's statement.

    5. That, in accordance with MD Rule 20-201(f), this affidavit does not contain any restricted information.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

**Matt Dudzic**, Agent For
Monumental Process Servers, Inc.
823 M. L. K. Jr. Blvd.
Baltimore, MD 21201
(410) 523-4980

IN THE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

THE MAYOR AND CITY COUNCIL OF BALTIMORE CITY, A MUNICIPAL
CORPORATION, ET AL
**Plaintiff**

Trial Date:

vs.

Case Number: ELH16-3486

BROOKE ALLEN, ET AL
**Defendant**

---

## *Affidavit of Service*

The undersigned hereby certifies as follows:

1. That I am a competent individual over eighteen (18) years of age and not a party to the above action.

2. That on **10/21/16 01:44 PM**, I served *Summons in a Civil Action, Complaint, Civil Cover Sheet with Exhibits, Local Rule 103.3 Statement of Corporation Affiliation and Financial Interest of Plaintiff's Mayor and City Council of Baltimore City, A Municipal Corporation, Local Rule 103.3 Statement of Corporation Affiliation and Financial Interest of Plaintiff Baltimore Festival of the Arts, Inc, Local Rule 103.3 Statement of Corporation Affiliation and Financial Interest of Plaintiff Baltimore Office of Promotion & The Arts, Inc* upon **Julie Hopkins, Attorney on behalf of Justin Allen, R/A for Light City, LLC, by personal service,** description as follows:

| Race | Sex | Age | Hair | Height | Weight |
|------|-----|-----|------|--------|--------|
| White | Female | 40 - 44 | Brown | 5ft 6in - 5ft 9in | 151 - 165 lbs |

3. That service was effected at 100 Light Street 26th Floor Baltimore, MD 21202.

4. That the facts upon which I concluded that the individual served is of suitable age and discretion are: personal observation and the recipient's statement.

5. That, in accordance with MD Rule 20-201(f), this affidavit does not contain any restricted information.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

**Matt Dudzic**, Agent For
Monumental Process Servers, Inc.
823 M. L. K. Jr. Blvd.
Baltimore, MD 21201
(410) 523-4980