# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (Northern Division)

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE CITY, A MUNICIPAL CORPORATION, et al., | ) ) ) ) ) CIVIL ACTION FILE NO. ) 1:16-cv-03486-ELH |
| Plaintiffs / Counterclaim Defendants, | ) ) ) |
| v. | ) ) |
| BROOKE ALLEN, et al., | ) ) |
| Defendants / Counterclaim Plaintiffs. | ) ) |

## LOCAL RULE 103.3 STATEMENT OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST OF WHAT WORKS STUDIO, LLC

Defendant / Counterclaim Plaintiff What Works Studio, LLC ("WWS") through counsel and pursuant to Local Rule 103.3 hereby states that: (i) it does not have any affiliates; (ii) the sole member of WWS is Brooke Allen; and (iii) there are no other corporations, unincorporated associations, partnerships, or other business entities, not a party to the case, which have any financial interest whatsoever in the outcome of the litigation.

Respectfully submitted this 11th day of November, 2016.

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Julie A. Hopkins
Fed. Bar. No. 28025

100 Light Street
Suite 2600
Baltimore, Maryland 21202
Telephone: (410) 545-5800
Facsimile: (410) 545-5801
Email: jahopkins@wcsr.com

OF COUNSEL:

Arthur A. Ebbs
*Motion for Admission Pro Hac Vice Forthcoming*

271 17th Street NW
Suite 2400
Atlanta, Georgia 30363
Telephone: (404) 872-7000
Facsimile: (404) 888-7490
Email: aebbs@wcsr.com

**Attorneys for Defendants / Counterclaim Plaintiffs**

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Matthew Nayden
Matthew.nayden@baltimorecity.gov

William Alden McDaniel, Jr.
mcdanielw@ballardspahr.com

This 11th day of November, 2016.

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Julie A. Hopkins
Fed. Bar. No. 28025