IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE CITY, A MUNICIPAL CORPORATION, *et al.*, | ) ) ) ) | |
| *Plaintiffs, Counter-Claim Defendants,* | ) ) ) | |
| v. | ) ) | |
| BROOKE ALLEN, *et al.*, | ) ) | Civil Action No. 16-03486 -ELH |
| *Defendants, Counter-Claim Plaintiffs*. | ) ) ) ) | |

**JOINT INITIAL REPORT**

Plaintiffs, counterclaim defendants, Mayor And City Council Of Baltimore City, Baltimore Festival Of The Arts, Inc., and Baltimore Office Of Promotion & The Arts, Inc. and Defendants, counterclaim plaintiffs, Brooke Allen, Justin Allen and What Works Studio, LLC, by their undersigned counsel, and pursuant to the scheduling order issued by this Court, report the following:

    **1.**    **ADR Conference**

The parties do not request an early settlement/ADR conference at this time. The parties are interested in participating in a settlement conference after the completion of discovery.

    **2.**    **Electronic Discovery**

The parties have conferred regarding the discovery of electronically stored information and have agreed on the format for the production of electronically stored information.

### 3. Modifications to Scheduling Order and Expert Discovery

The parties request that the Scheduling Order be modified to defer expert discovery until after dispositive motions are decided. The parties request that April 5, 2017 remain as the deadline for fact discovery, as the proposed order currently provides and are not seeking any other modifications to the scheduling order.

### 4. Deposition Hours

At this time, the parties agree that each side will require fifty (50) hours of deposition time.

### 5. Consent to Proceed Before United States Magistrate Judge

The parties do not consent to proceed before a United States Magistrate Judge at this time.

Date: December 2, 2016                              /s/
                                                                William Alden McDaniel, Jr.
                                                                Fed. Bar No. 000571
                                                                Michelle M. McGeogh
                                                                Fed. Bar No. 28778
                                                                Ballard Spahr LLP
                                                                300 East Lombard Street, 18th Floor
                                                                Baltimore, Maryland 21202
                                                                Tel: 410. 528-5600
                                                                Fax: 410. 528-5650
                                                                E-mail: mcdanielw@ballardspahr.com

                                                                **OF COUNSEL:**
                                                                Jamie Bischoff
                                                                *Pro Hac Vice* Motion Pending
                                                                Ballard Spahr LLP
                                                                1735 Market Street, 51st Floor
                                                                Philadelphia, Pennsylvania 19103
                                                                Tel: 215.665.8500
                                                                Fax: 215.864.8999
                                                                *E-mail: bischoff@ballardspahr.com*

2
DMEAST #27667591 v2

*Attorneys for Plaintiffs, Counter Defendants, Mayor And City Council Of Baltimore, A Municipal Corporation; Baltimore Festival Of The Arts, Inc.; and Baltimore Office Of Promotion & The Arts, Inc.*

/s/
David Ralph
Acting City Solicitor
Matthew Nayden   Fed. Bar No. 04751
Chief, Litigation Practice Group
Baltimore City Law Department
Room 101
City Hall
100 North Holliday Street
Baltimore, Maryland 21202
Tel: (443) 984-7304
Fax: (410) 547-1025
E-mail:Matthew.Nayden@baltimorecity.gov

*Attorneys for Plaintiff, Counterclaim Defendant Mayor and City Council of Baltimore City, A Municipal Corporation*
/s/
Julie A. Hopkins
Fed. Bar No. 28025
Womble Carlyle Sandridge & Rice, LLP
100 Light Street
26th Floor
Baltimore, MD 21202

*Attorneys for Defendants / Counterclaim Plaintiffs*

/s/
Arthur A. Ebbs
*Pro Hac Vice*
Womble Carlyle Sandridge & Rice, LLP
271 17th Street NW
Suite 2400
Atlanta, Georgia 30363

*Attorneys for Defendants / Counterclaim Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December, 2016, a copy of foregoing was served by the Court's ECF filing system on:

>Julie A. Hopkins, Esquire
>Womble Carlyle Sandridge & Rice, LLP
>100 Light Street
>26th Floor
>Baltimore, MD 21202
>
>*Attorneys for Defendants / Counterclaim Plaintiffs*
>
>Arthur A. Ebbs, Esquire
>*Pro Hac Vice*
>Womble Carlyle Sandridge & Rice, LLP
>271 17th Street NW
>Suite 2400
>Atlanta, Georgia 30363
>
>*Attorneys for Defendants / Counterclaim Plaintiffs*

/s/
William Alden McDaniel, Jr