UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF BALTIMORE CITY, A MUNICIPAL CORPORATION**, *et al*., <br><br> *Plaintiffs, Counter-Claim Defendants,* <br><br> v. <br><br> **BROOKE ALLEN**, *et al.*, <br><br> *Defendants, Counter-Claim Plaintiffs*. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 16-03486 -ELH |

# ~ORDER~

**(Plaintiffs' Motion To Strike Defendants' Affirmative Defenses)**

**UPON CONSIDERATION OF** Plaintiffs' Motion To Strike Defendants' Affirmative Defenses, the opposition thereto, the record in this case, and the applicable law, it is this _____ day of _____, 201\_,

**ORDERED** that Plaintiffs' Motion To Strike Defendants' Affirmative Defenses be and hereby is **GRANTED**; and it is further

**ORDERED** that the First through the Tenth affirmative defenses that defendants pleaded in their Answer, Defenses, And Counterclaim [*sic*] be and hereby are **STRICKEN**.

_____
**JUDGE ELLEN L. HOLLANDER, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**