# Ballard Spahr LLP

300 East Lombard Street, 18th Floor
Baltimore, MD 21202-3268
Tel. 410.528.5600
Fax 410.528.5650
www.ballardspahr.com

William Alden McDaniel, Jr.
Tel: 410.528.5502
mcdanielw@ballardspahr.com

January 30, 2017

*VIA ECF FILING*

The Honorable Beth P. Gesner
United States Magistrate Judge
United States District Court
   for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

> Re:   *Mayor & City Council of Baltimore City, A Municipal Corporation, et al. v. Brooke Allen, et al.*, Civil Action No. 16-cv-03486-ELH

Your Honor:

    This firm represents plaintiffs in the above matter, Mayor and City Council of Baltimore City, a Municipal Corporation; Baltimore Festival of the Arts, Inc.; and Baltimore Office Of Promotion & The Arts, Inc.

    By Order dated December 9, 2016, Your Honor set the Settlement Conference in this matter for Monday, April 10, 2017, and directed that the parties inform Your Honor within one week if anyone had a problem with that date. Since the date of Your Honor's order, a close friend gave me as a surprise gift a trip to a film festival in Los Angeles, California, set for April 5-10, 2017. The festival tickets are non-refundable.

    I am writing to respectfully request that Your Honor reschedule the Settlement Conference. I am principal counsel for plaintiffs, and my clients would like me to attend that Settlement Conference. We have checked with all other counsel of record in this case to obtain suggested alternate dates. The parties and counsel are all available April 13, 14, 17, 18, 21, 24, and 26.

    Accordingly, plaintiffs respectfully request that Your Honor reschedule the Settlement Conference for one of these available dates.

DMEAST #28256304 v1

The Honorable Beth Gesner
Magistrate Judge
January 30, 2017
Page 2

       Please let me know if I can provide you with any additional information.

       Thank you for your consideration of this request.  With highest professional regards, I am,

                                                Very truly yours,

                                                /s/ William Alden McDaniel, Jr.

WAM/kpb

cc (via ECF):
       Arthur A. Ebbs, Esquire
       Julie A. Hopkins, Esquire
       David E. Ralph, Esquire
       Matthew W. Nayden, Esquire
       Jamie B. Bischoff, Esquire

DMEAST #28256304 v1