FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 MAR 15 PM 12: 37

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE CITY, A MUNICIPAL CORPORATION, *et al.*, <br><br> *Plaintiffs, Counter-Claim Defendants,* <br><br> v. <br><br> BROOKE ALLEN, *et al.*, <br><br> *Defendants, Counter-Claim Plaintiffs.* | Civil Action No. 16-03486-ELH |

## ~ORDER~
(JOINT MOTION TO AMEND SCHEDULING ORDER AND EXTEND DEADLINES)

UPON CONSIDERATION OF the Joint Motion To Amend Scheduling Order And Extend Deadlines, the parties all having joined in seeking the relief sought therein, the record in this case, and the applicable law, it is on this ___15th___ day of ___March___ 2017, hereby

ORDERED that the Joint Motion To Amend Scheduling Order And Extend Deadlines be and hereby is GRANTED; and it is further

ORDERED that the Scheduling Order in this case be and hereby is amended, as follows:

| | |
|---|---|
| Settlement Conference | April 14, 2017 |
| Discovery deadline; submission of status report: | May 19, 2017 |
| Requests for admissions: | May 26, 2017 |
| Dispositive pretrial motions deadline: | June 16, 2017 |

_Ellen L. Hollander_
**JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**