# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF BALTIMORE CITY, A MUNICIPAL CORPORATION**, *et al*., | ) ) ) ) |
| **Plaintiffs, Counter-Claim Defendants,** | ) ) ) |
| v. | ) ) |
| **BROOKE ALLEN**, *et al*., | ) ) ) |
| **Defendants, Counter-Claim Plaintiffs**. | ) ) ) ) |

Civil Action No. 16-03486 -ELH

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND PARTIES OF RECORD:

Please enter my appearance as Counsel for Plaintiffs, counterclaim defendants, Mayor and City Council of Baltimore City, Baltimore Festival of The Arts, Inc., and Baltimore Office of Promotion & The Arts, Inc. in the above-captioned matter. I certify that I am admitted to practice in this court and am familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

Date: April 6, 2017

/s/
Steven R. Johnson
 Fed. Bar No. 15163
Ballard Spahr LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
Tel: (410) 528-5631
Fax: (410) 528-5650
E-mail: johnsonsr@ballardspahr.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 6th day of April, 2017, the foregoing was served via the Court's ECF filing system on:

>Julie A. Hopkins, Esquire
>Womble Carlyle Sandridge & Rice, LLP
>100 Light Street
>26th Floor
>Baltimore, MD 21202
>
>*Attorneys for Defendants / Counterclaim Plaintiffs*
>
>Arthur A. Ebbs, Esquire
>*Pro Hac Vice*
>Womble Carlyle Sandridge & Rice, LLP
>271 17th Street NW
>Suite 2400
>Atlanta, Georgia 30363
>
>*Attorneys for Defendants / Counterclaim Plaintiffs*
>
>David Ralph
>Matthew Nayden
>Baltimore City Law Department
>100 North Holliday Street, Room 101
>Baltimore, Maryland 21202
>
>*Co-Counsel for Plaintiff, Counterclaim Defendant Mayor and City Council of Baltimore City, A Municipal Corporation*

Dated:  April 6, 2017                    /s/_____
                                         Steven R. Johnson